## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Lucy Szivos,<br>　　　　　　　Plaintiff,<br>v.<br>B&R Plastics, Inc.<br>　　　　　　　Defendant. | ) <br> ) <br> ) Civil Action No. 4:08-CV-40212-FDS <br> ) <br> ) <br> ) <br> ) <br> ) |

### EMERGENCY ASSENTED TO MOTION TO CONTINUE MEDIATION

The Defendant, B&R Plastics, Inc., with the assent of Lucy Szivos, hereby respectfully requests this Court to continue mediation scheduled for tomorrow, March 4, 2010, by thirty (30) days or to the most convenient date for this Court thereafter.

As grounds therefor, the Parties state that Counsel for B&R Plastics, Inc., Christopher Costello, Esq., suddenly fell ill on March 3, 2010 and anticipates that he will be physically unable to meaningfully participate in the Mediation as scheduled. Attorney Costello immediately advised Plaintiff's Counsel of his illness. Both Parties agree that such extension will allow the Parties a more meaningful opportunity to resolve this matter at a future date and will not prejudice either Party.

**WHEREFORE**, the Defendant, B&R Plastics, Inc., with the assent of Lucy Szivos, requests that Mediation be continued by thirty (30) days or to the more convenient date for the court thereafter.

Respectfully submitted,

The Plaintiff,

Lucy Szivos,
By her attorney,

_____ (/s/)
Roger J. Brunelle, Esq.
Fletcher, Tilton & Whipple, P.C.
The Guaranty Building
370 Main Street – 12th Floor
Worcester, MA 01608-1779

The Defendant,

B&R Plastics, Inc.,
By its attorney,

_____ (/s/)
Mark B. Lavoie, BBO# 553204
Christopher W. Costello, BBO# 645936
William R. Covino, BBO# 673474
McDonough, Hacking & Lavoie, LLC
One Washington Mall
Boston, MA 02108

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing pleading on all parties by ~~mailing same, postage~~ electronic service ~~prepaid,~~ to all counsel of record.
Signed under the pains and penalties of perjury.

DATED: _____ 3/3/10